## STATE OF CONNECTICUT *v.* JOEL TUCKER
### (SC 16032)

Borden, Berdon, Norcott, Katz and McDonald, Js.

Argued April 22—officially released May 18, 1999

*James A. Shanley, Jr.,* special public defender, for the appellant (defendant).

*Stephen J. Sedensky III,* senior assistant state's attorney, with whom, on the brief, was *Jonathan C. Benedict,* state's attorney, for the appellee (state).

*Opinion*

PER CURIAM. After examining the record on appeal and considering the briefs and oral arguments of the

parties, we have determined that the appeal in this case should be dismissed on the ground that certification[1] was improvidently granted.

The appeal is dismissed.

---

[1] We granted the defendant's petition for certification to appeal from the judgment of the Appellate Court; *State* v. *Tucker,* 50 Conn. App. 506, 719 A.2d 1170 (1998); limited to the following issue: "Did the Appellate Court properly conclude that General Statutes (Rev. to 1995) § 53-21 was not unconstitutionally vague as applied to the defendant's conduct?" *State* v. *Tucker,* 247 Conn. 928, 719 A.2d 1170 (1998).